**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. CR-24-411-SLP |
| PHILBERT QUENTIN MCCOY, JR., | ) | |
| Defendant. | ) | |

# O R D E R

Before the Court is the Government's Motion for Order Finding that Defendant has Waived Attorney-Client Privilege and Extension of Deadlines. [Doc. No. 194]. The Government seeks an affidavit from Defendant's prior attorney, Edward Blau, in support of its response. For good cause shown, the Motion is GRANTED.

The Court finds Defendant has placed in issue communications between himself and his attorney by raising claims of ineffective assistance of counsel. Defendant, therefore, has impliedly waived the attorney-client privilege as to those communications necessary to prove or disprove his ineffective assistance of counsel claims. *See United States v. Pinson*, 584 F.3d 972, 977-78 (10th Cir. 2009).

IT IS THEREFORE ORDERED that the Government's Motion for Order Finding that Defendant has Waived Attorney-Client Privilege and Extension of Deadlines [Doc. No. 194] is GRANTED. The Court ORDERS Mr. Blau to provide the Government with the evidence necessary to respond to Defendant's § 2255 motion within fourteen days of the date of this Order.

IT IS FURTHER ORDERED that the Government may file its response on or before December 14, 2026.

IT IS SO ORDERED this 18th day of November, 2026.

**SCOTT L. PALK**
**CHIEF UNITED STATES DISTRICT JUDGE**